Robert A. Tandy, Esq.(RT0387)
Law Office of Robert A. Tandy, LLC
50 Tice Boulevard, Suite 250
Woodcliff Lake, NJ 07677
Phone: (201) 474-7103
Fax: (201) 474-7101
Email: rtandy@tandylaw.com
Co-Counsel for Plaintiff,
David Gonzalez

Eric J. Warner, Esq. (EW3946)
LAW OFFICE OF ERIC J. WARNER, LLC
991 US Highway 22, Suite 200
Bridgewater, NJ 08807
Phone: (201) 403-5937
Fax: (877) 360-0508
Email: eric@ejwlawfirm.com
Co-Counsel for Plaintiff,
David Gonzalez

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID GONZALEZ,<br><br>        Plaintiff,<br><br>   vs.<br><br><br><br>BAM TRADING SERVICES, INC., d/b/a BINANCE US, a Delaware corporation; BINANCE HOLDINGS, LTD, d/b/a BINANCE, a foreign company; CHANGPENG ZHAO; JOHN DOES 1-100 (fictitious names); XYZ CORP, INC. 1-100 (fictitious names),<br><br>        Defendants. | CVIL CASE NO.:<br><br>*Civil Action*<br><br><br><br>**ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>**ORAL ARGUMENT REQUESTED** |

**THIS MATTER** having been brought before the Court by the Law Office of Robert A. Tandy, LLC and the Law Office of Eric J. Warner, LLC, as attorneys for Plaintiff, David Gonzalez, for an Order to Show Cause seeking a temporary restraining order and preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1 against Defendants, BAM TRADING SERVICES, INC., d/b/a BINANCE US, a Delaware corporation; BINANCE HOLDINGS, LTD, d/b/a BINANCE, a foreign company; CHANGPENG ZHAO ("Defendants"), and upon the Complaint, Declarations and Memorandum of Law submitted herewith the Court having determined that good and sufficient reasons exist to proceed by way of Order to Show Cause, and for good cause shown:

**IT IS** on this ____ day of _____, 2024,

**ORDERED** that the Defendants appear and show cause on the ____ day of _____, 2024, before the United States District Court of the District of New Jersey, Hon. _____, at the _____ US Courthouse, located at _____, New Jersey ____, at _____ o'clock in the ____ noon, or as soon thereafter as counsel can be heard, why an Order should not be entered;

1. Preliminarily enjoining and restraining Defendants from continuing their ongoing fraud and retaining Plaintiff's stolen cryptocurrency, which was at least 41,881,332,772 units of Shiba Inu (SHIB), 90,934,964,476,560.50 units of Hokkaidu Inu (HOKK),

2

6,677,846,866,673.65 units of Kishu Inu (KISHU), 1,985,208,578.34 units of Akita Inu (AKITA), 1,382,788,310,243.34 units of FEG Token (FEG), 53,436.64 units of Hydro (HYDRO), 123.3706939 units of Paid Network, 578.2658609 units of DigiCol Token, and other cryptocurrencies, trading it, and collecting transaction fees on the trades of said cryptocurrency, or to the extent that said cryptocurrency was sold, retaining the proceeds from the sales of said cryptocurrency valued at the date of sale(s).

2. Granting such other relief as the Court deems equitable and just.

**AND IT IS FURTHER ORDERED THAT:**

1. Pending further hearing on this Order to Show Cause, Defendants are temporarily enjoined and restrained from continuing their ongoing fraud and retaining Plaintiff's stolen cryptocurrency, which was at least 41,881,332,772 units of Shiba Inu (SHIB), 90,934,964,476,560.50 units of Hokkaidu Inu (HOKK), 6,677,846,866,673.65 units of Kishu Inu (KISHU), 1,985,208,578.34 units of Akita Inu (AKITA), 1,382,788,310,243.34 units of FEG Token (FEG), 53,436.64 units of Hydro (HYDRO), 123.3706939 units of Paid Network, 578.2658609 units of DigiCol Token, and other cryptocurrencies, trading Plaintiff's cryptocurrency, and collecting transaction fees on the trades of said cryptocurrency, or to the extent that said cryptocurrency was sold, retaining the

3

proceeds from the sales of said cryptocurrency valued at the date of sale(s).

2. A copy of this Order to Show Cause, Complaint, supporting affidavits, declarations or certifications, and Memorandum of Law submitted in support of this application, together with a summons, shall be served upon the Defendants personally within ___ days of the date hereof, in accordance with FRCP 4.

3. The Plaintiff must file with the Court its proof of service of the pleadings on the Defendants no later than three (3) days before the return date.

4. Defendants shall file and serve a written response to this Order to Show Cause and proof of service by _____, 2024. You must send a courtesy copy of your opposition papers directly to Judge _____, whose address is: _____, New Jersey_____.

5. The Plaintiff must file and serve any written reply to the Defendants' opposition to the Order to Show Cause by _____, 2024. A courtesy copy of the reply papers must be sent directly to the chambers of Judge _____.

6. If the Defendants do not file and serve opposition to this Order to Show Cause, the application will be decided on the papers on the return date and relief may be granted by default, provided that Plaintiff files a proof of service and a proposed form of Order

at least three days prior to the return date.

    7.   If the Plaintiff has not already done so, a proposed form of order addressing the relief sought on the return date (along with a self-addressed return envelope with return address and postage) must be submitted to the Court no later than three (3) days before the return date.

    8.   The Court will notify the parties whether it will entertain argument on the return date of the Order to Show Cause in accordance with Local Civil Rule 78.1.

                                    _____
                                    United States District Court Judge