Robert A. Tandy, Esq.(RT0387)
Law Office of Robert A. Tandy, LLC
50 Tice Boulevard, Suite 250
Woodcliff Lake, NJ 07677
Phone: (201) 474-7103
Fax: (201) 474-7101
Email: rtandy@tandylaw.com
Co-Counsel for Plaintiff,
David Gonzalez

Eric J. Warner, Esq. (EW3946)
LAW OFFICE OF ERIC J. WARNER, LLC
991 US Highway 22, Suite 200
Bridgewater, NJ 08807
Phone: (201) 403-5937
Fax: (877) 360-0508
Email: eric@ejwlawfirm.com
Co-Counsel for Plaintiff,
David Gonzalez

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| DAVID GONZALEZ,<br><br>   Plaintiff,<br><br> vs.<br><br><br><br>BAM TRADING SERVICES, INC., d/b/a BINANCE US, a Delaware corporation; BINANCE HOLDINGS, LTD, d/b/a BINANCE, a foreign company; CHANGPENG ZHAO; JOHN DOES 1-100 (fictitious names); XYZ CORP, INC. 1-100 (fictitious names),<br><br>   Defendants. | CVIL CASE NO.:<br><br>*Civil Action*<br><br><br><br>**DECLARATION OF ERIC J. WARNER, ESQ.IN SUPPORT OF PLAINTIFF'S ORDER TO SHOW CAUSE** |
|---|---|

Eric J. Warner, Esq., hereby swears affirms and avers:

1. A true and accurate copy of the opinion in *Andrews v. Holloway*, 95-cv-1047, 1995 U.S. Dist. LEXIS 22121 (D.N.J. November 9, 1995) is annexed hereto as **"Exhibit 1."**

2. A true and accurate copy of the opinion in *Ciser v. Nestle Waters North Am., Inc.*, No. 13-4509, 2015 U.S. App. LEXIS 195 (3d Cir. Jan. 7, 2015) is annexed hereto as **"Exhibit 2."**

3. A true and accurate copy of the opinion in *FTC v. Nat'l Invention Servs.*, 97-cv-3459, 1997 U.S. Dist. LEXIS 16777 (D.N.J August 12, 1997) is annexed hereto as **"Exhibit 3."**

4. A true and accurate copy of the opinion in *Kleinman v. Wright*, 18-CV-80176, 2018 U.S. Dist. LEXIS 216417 (S.D. Fla. Dec. 27, 2018) is annexed hereto as **"Exhibit 4."**

5. A true and accurate copy of the opinion in *Mendelsohn, Drucker, & Assocs., P.C. v. Titan Atlas Mfg.*, 12-cv-0453, 2013 U.S. Dist. LEXIS 8844 (E.D. Pa. Jan. 22, 2013) is annexed hereto as **"Exhibit 5."**

6. A true and accurate copy of the opinion in *Zaftr Inc. v. Lawrence*, No. CV 21-2177, 2021 WL 4989769 (E.D. Pa. Oct. 72, 2021) is annexed hereto as **"Exhibit 6."**

7. A true and accurate copy of U.S. Off. of Gov't Ethics, LA-22-05, Financial Disclosure Reporting Considerations for Collectible Non-Fungible Tokens and Fractionalized Non-Fungible Tokens (July 15, 2022) is annexed hereto as **"Exhibit 7."**

8. A true and accurate copy of Exec. Order No. 14,067, § (9)(c), 87 Fed. Reg. 14,143 (Mar. 14, 2022) is annexed hereto as **"Exhibit 8."**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

DATED: August 16, 2024        /s/ Eric J. Warner

Eric J. Warner, Esq. (EW3946)
LAW OFFICE OF ERIC J. WARNER, LLC
991 US Highway 22, Suite 200
Bridgewater, NJ 08807
Phone: (201) 403-5937
Fax: (877) 360-0508
Email: eric@ejwlawfirm.com
Co-Counsel for Plaintiff, David Gonzalez