
AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **OREDER (PROPOSED), DECLARATION, ORDER TO SHOW CAUSE, MEMORANDUM OF LAW, PRELIMINARY STATEMENT, VERIFIED COMPLAINT, CIVIL COVER SHEET, EXHIBITS** |
| EFFECTED (1) BY ME: | **JANE NUNN** |
| TITLE: | **PROCESS SERVER** |
| | DATE: **8/19/2024 1:42:31 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

BINANCE HOLDINGS, LTD, D/B/A BINANCE HOLDINGS, LTD, D/B/A BINANCE C/O CORPORATION SERVICE COMPANY

Place where served:

PRINCETON SOUTH CORPORATE CENTER, SUITE 160  100 CHARLES EWING BLVD.  EWING  NJ  08638

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOHNNIE MYERS

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: M   AGE: 21-35   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: BLACK   HAIR: BALD   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this
19th day of August, 2024

Notary Signature _____

Rosemary Ramos          September 25th, 2028
Name of Notary          My Commission Expires

I, JANE NUNN,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_M. Jane Nunn_____          08/19/2024
Signature of Process Server          Date

| | |
|---|---|
| ATTORNEY: | ERIC J. WARNER, ESQ. |
| PLAINTIFF: | DAVID GONZALEZ |
| DEFENDANT: | BAM TRADING SERVICES, INC., D/B/A BINANCE US, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 2 24 CV 08521 |
| COMMENT: | |