2024082010335

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: ORDERS<br>EFFECTED (1) BY ME: Luis Mesa<br>TITLE: PROCESS SERVER | DATE: 8/21/2024 4:07:38 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

BINANCE HOLDINGS, LTD, D/B/A BINANCE HOLDINGS, LTD, D/B/A BINANCE

Place where served:

252 NW 29TH STREET  9TH FLOOR  MIAMI  FL  33127

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

RICARDO CURIEL

Relationship to defendant   CLERK

Description of Person Accepting Service:

SEX: M   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 8/26/2024        Luis Mesa        L.S.

SIGNATURE OF
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    ERIC J. WARNER, ESQ.
PLAINTIFF:    GONZALEZ
DEFENDANT:   BAM TRADING SERVICES, INC., ET AL
VENUE:       DISTRICT
DOCKET:      2 24 CV 08521
COMMENT: