North America  Europe  Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**KERRY C. DONOVAN**
(212) 294-3511
kcdonovan@winston.com

August 29, 2024

<u>VIA ECF</u>

Honorable Brian Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   **Re:** *Gonzalez v. BAM Trading Services, Inc., et al.*,
      Civil Action No.: 2:24-cv-08521 (BRM)

Dear Judge Martinotti:

  This firm represents Defendant BAM Trading Services, Inc. ("BAM") in the above-referenced matter. We write to respectfully request a short extension of time to respond to Plaintiff David Gonzalez's Motion for Preliminary Injunction. BAM's response is currently due on September 3, 2024. We are seeking an extension until September 6, 2024 to file a response to Plaintiff's Motion. Plaintiff's counsel has consented to this request.

  Accordingly, in accordance with Your Honor's Judicial Preferences, we enclose and file with the Court a proposed form of Consent Order extending the time for BAM to respond to the Motion. If the proposed form of Order is acceptable to Your Honor, we respectfully request that it be entered.

  We thank Your Honor for consideration of this matter.

                Respectfully submitted,

                s/ Kerry C. Donovan

                Kerry C. Donovan

Enclosure
cc: All counsel of record (w/encls.) (by ECF)