WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700

*Attorneys for Defendant*
*BAM Trading Services, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID GONZALEZ, | Civil Action No. 2:24-cv-08521 (BRM) |
| Plaintiff, | |
| v. | **CONSENT ORDER EXTENDING TIME FOR DEFENDANT BAM TRADING SERVICES, INC. TO RESPOND TO PLAINTIFF DAVID GONZALEZ'S MOTION FOR PRELIMINARY INJUNCTION** |
| BAM TRADING SERVICES, INC., *et al.*, | |
| Defendant. | |

**THIS MATTER**, being opened to the Court by Winston & Strawn LLP, attorneys for BAM Trading Services, Inc. ("BAM"), by way of an application to extend the time for BAM to respond to Plaintiff David Gonzalez's Motion for Preliminary Injunction, and whereas Plaintiff's counsel consents to such an extension of time, and for good cause shown,

**IT IS** on this _____ day of August, 2024,

**ORDERED**, as follows:

1. The date by which BAM shall respond to Plaintiff David Gonzalez's Motion for Preliminary Injunction is hereby extended from September 3, 2024 to September 6, 2024.

_____
Honorable Brian R. Martinotti, U.S.D.J.