STEPTOE LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900

*Attorneys for Defendant*
*Binance Holdings, Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>BAM TRADING SERVICES, INC., *et al*.<br><br>    Defendants. | Civil Action No. 2:24-cv-08521-BRM-CLW |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above-captioned matter on behalf of Defendant Binance Holdings, Ltd. ("Binance").[1]

STEPTOE LLP
*Attorneys for Defendant*
*Binance Holdings, Ltd.*

by: /s/ James L. Brochin
James L. Brochin
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900
jbrochin@steptoe.com

Dated: September 4, 2024

---

[1] For the avoidance of doubt, Binance does not waive defenses relating to service or jurisdiction. *Blessing v. Chandrasekhar*, 988 F.3d 889, 900 (6th Cir. 2021) ("[A] notice of appearance does not by itself waive personal jurisdiction."); Fed. R. Civ. P. 12(h) (jurisdictional defenses waived only if omitted from a Rule 12 motion or "responsive pleading").