UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID GONZALEZ,<br><br>              Plaintiff,<br><br>—*against*—<br><br>BAM TRADING SERVICES, INC., d/b/a BINANCE US, a Delaware corporation;<br><br>BINANCE HOLDINGS, LTD., d/b/a BINANCE, a foreign company;<br><br>CHANGPENG ZHAO;<br><br>JOHN DOES 1-100 (fictitious names); and<br><br>XYZ CORP, INC. 1-100 (fictitious names),<br><br>              Defendants. | Case No. 2:24-cv-08521-BRM-CLW |

### DECLARATION OF CHARLES MICHAEL

1. I am a partner with Steptoe LLP, counsel for Defendant Binance Holdings, Ltd ("BHL"). I submit this declaration in connection with the joint opposition of BHL and Defendant Changpeng Zhao to Plaintiff's motion for a preliminary injunction.

2. Attached are true copies of the following exhibits:

| Ex. | Document |
|---|---|
| 1 | Plea Agreement, *United States v. Binance Holdings Ltd.*, No. 2:23-cr-178 (W.D. Wash. Nov. 21, 2023), ECF 23 |
| 2 | Agreement and Proxy Issued by Changpeng Zhao to BAM Management Company Limited, Nov. 21, 2023 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
    September 13, 2024

                                Charles Michael