IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>BAM TRADING SERVICES, INC., d/b/a BINANCE US, a Delaware corporation; BINANCE HOLDINGS, LTD, d/b/a BINANCE, a foreign company; CHANGPENG ZHAO; JOHN DOES (1-1) (fictitious names;) and ABC COMPANIES 1-10 (fictitious names),<br><br>Defendants. | Civil Action No. 2:24-CV-08521-BRM-CLW<br><br>Civil Action<br><br>**<u>DECLARATION OF COUNSEL</u>** |

I, Eric J. Warner, Esq., of full age, do hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey and the principal of the law office of Eric J. Warner, LLC.

2. I have represented Plaintiff David Gonzalez since the inception of the above-captioned matter, and I am therefore fully familiar with the facts of this matter.

3. A true and accurate copy of the Cryptocurrency Tracing Report prepared by Cyber Asset Recovery Experts (CARE) is annexed hereto as "Exhibit 1."

4. A true and accurate copy of the United States Department of Justice's Press Release, "Binance and CEO Plead Guilty to Federal Charges in $4B Resolution," is annexed hereto as "Exhibit 2."

1

5.  A true and accurate copy of *SEC v. Binance Holdings Ltd.*, Civil Action 23-1599 (ABJ), 2024 U.S. Dist. LEXIS 114924 (D.D.C. Jun 28, 2024) is annexed hereto as "Exhibit 3."

6.  A true and accurate copy of *Napoli v. First Choice Loan Servs. Inc.*, Civ. No. 19-7265, 2020 U.S. Dist. LEXIS 722, 2020 WL 39148 (D.N.J. Jan. 3, 2020) is annexed hereto as "Exhibit 4."

7.  A true and accurate copy of *Cunningham v. Cap. Advance Sols., LLC*, Civ. No. 17-13050, 2018 U.S. Dist. LEXIS 197590 (D.N.J. Nov. 20, 2018) is annexed hereto as "Exhibit 5."

8.  A true and accurate copy of *In re Metformin Mktg. & Sales Practice Litig.*, 2022 U.S. Dist. LEXIS 59804 (D.N.J. Mar. 30, 2022) is annexed hereto as "Exhibit 6."

9.  A true and accurate copy of *Kleiman v. Wright*, 2018 U.S. Dist. LEXIS *246616* (S.D. Fla. Dec. 27, 2018) is annexed hereto as "Exhibit 7."

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 20, 2024

/s/ Eric J. Warner
Eric J. Warner, Esq.