UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> BAM TRADING SERVICES, INC., *et al*. <br><br> Defendants. | Honorable Brian Martinotti, U.S.D.J. <br><br> Civil Action No. 2:24-cv-08521-BRM-CLW <br><br> Motion Date: November 4, 2024 |

**REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION
TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Defendants respectfully submit this brief Reply in support of their Motion for an Extension of Time (Dkt. No. 36, the "Motion").

Plaintiff's Opposition (Dkt. No. 43) does not meaningfully address (let alone dispute) the factors identified by Defendants as warranting an extension. There is no prejudice to Plaintiff (Mot. at 4–5), and he identifies none. Good cause exists because an extension will promote judicial economy and streamline the case (Mot. at 3–4), and Plaintiff does not argue otherwise. As to Defendants' good faith reliance on Plaintiff's counsel's representations, Plaintiff asserts that he "honestly does not remember agreeing to" Defendants' proposed schedule. Opp. at 2. But Plaintiff is conspicuously silent as to the written record that belies his assertion. Specifically, in response to Defendants' email memorializing that Plaintiff agreed that "all defendants can have 30 days from whenever the PI motion is decided to respond to the complaint," Plaintiff's counsel wrote, "Sure thing!" Dkt. 36-3 at 4. It is notable that Plaintiff does not claim that the Parties never reached an agreement, but instead only that he does not recall doing so—a claim that is irrelevant in light of Plaintiff's own email confirming the terms of the agreement.

Rather than address these extension factors, Plaintiff spills considerable ink arguing that Defendants already failed to meet their deadlines to respond to the complaint. Not so. Mr. Zhao was served on September 23, 2024, making his response deadline October 15, 2024. *See* Dkt. No. 34; Fed. R. Civ. P. 12(a)(1)(A)(i). Plaintiff has yet to properly serve BHL, which accordingly has no responsive deadline. Defendants filed the Motion on October 1, 2024, before either response deadline ran (in fact, those deadlines *still* have not run).

Only BAM—which was served on August 19, 2024—had a responsive deadline of September 9, 2024. *See* Mot. at 3. And BAM can show excusable neglect because the extension

1

request is only sought because Plaintiff reneged on a prior agreement to extend the deadline to respond and the extension will have minimal impact on the proceedings. *See id.* at 4–5.

For the foregoing reasons and those set forth in their Motion, Defendants respectfully request that the Court grant their motion for an extension of time.

Dated: October 9, 2024

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | STEPTOE LLP |
| By: */s/ Anthony J. Staltari* <br> Anthony J. Staltari (233022017) <br> Peter H. Fountain (*pro hac vice*) <br> Michael A. Linneman (*pro hac vice*) <br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010 <br> (212) 849-7000 <br> anthonystaltari@quinnemanuel.com <br> peterfountain@quinnemanuel.com <br> michaellinneman@quinnemanuel.com <br><br> Avi Perry (*pro hac vice*) <br> 1300 I Street, NW, Suite 900 <br> Washington, D.C. 20005 <br> (202) 538-8000 <br> aviperry@quinnemanuel.com <br><br> Brenna Ledvora (*pro hac vice*) <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, Illinois 60606 <br> (312) 705-7400 <br> brennaledvora@quinnemanuel.com <br><br> *Attorneys for Defendant Changpeng Zhao* | By: */s/ James L. Brochin* <br> James L. Brochin <br> Charles Michael (*pro hac vice*) <br> Andrew C. Adams (*pro hac vice*) <br> B. Gammon Fain (*pro hac vice*) <br> Brendan Hammond (*pro hac vice*) <br> 1114 Avenue of the Americas <br> New York, New York 10036 <br> (212) 506-3900 <br> jbrochin@steptoe.com <br> cmichael@steptoe.com <br> aadams@steptoe.com <br> gfain@steptoe.com <br> bhammond@steptoe.com <br><br> *Attorneys for Defendant Binance Holdings Ltd.* <br><br><br> WINSTON & STRAWN, LLP <br><br> By: */s/ Kerry C. Donovan* <br> Kerry C. Donovan <br> George E. Mastoris (*pro hac vice*) |

2

Thania (Athanasia) Charmani (*pro hac vice*)
200 Park Avenue
New York, New York 10166
(212) 294-6700

Daniel Tramel Stabile (*pro hac vice*)
Gabriela A. Plasencia (*pro hac vice*)
200 S Biscayne Blvd, Suite 2400
Miami, Florida 33131
(305) 910-0646

*Attorneys for Defendant BAM Trading Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify pursuant to 28 U.S.C. § 1746 that on this date, I filed the foregoing Reply Memorandum with the CM/ECF System for U.S. District Court of the District of New Jersey and thereby effectuating service upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing are true and correct. Executed in New York, New York on this 9th of October, 2024.

*/s/ Anthony J. Staltari*
Anthony J. Staltari