UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID GONZALEZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BAM TRADING SERVICES, INC., *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 2:24-cv-08521-BRM-CLW<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff David Gonzalez, by and through his undersigned attorneys, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice. All parties shall bear their own costs and attorneys' fees.

Dated: October 29, 2024

                      By: */s/ Eric J. Warner*
                           LAW OFFICE OF
                           ERIC J. WARNER, LLC
                           Eric J. Warner, Esq. (EW3946)
                           991 US Highway 22, Suite 200
                           Bridgewater, NJ 08807
                           (201) 403-5937
                           eric@ejwlawfirm.com

                      By: */s/ Robert A. Tandy*
                           LAW OFFICE OF
                           ROBERT A. TANDY, LLC
                           Robert A. Tandy (RT0387)
                           50 Tice Boulevard Suite 250
                           Woodcliff Lake, NJ 07677
                           (201) 474-7103
                           rtandy@tandylaw.com

                      *Attorneys for Plaintiff David Gonzalez*

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
DATED: OCT. 29, 2024